# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | Case No. 23-mj-00139-STV |
| v. | ) ) ) | |
| GABRIEL LEAL, *Defendant(s)* | ) ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief:

On or about July 21, 2023, in the State and District of Colorado, GABRIEL LEAL violated:

*Code Section*            *Offense Description*
18 U.S.C. § 2422(b)      Attempted coercion or enticement of a minor

This criminal complaint is based on these facts:

See Affidavit attached hereto and herein incorporated by reference.

☒ Continued on attached sheet.

*/s KC Hughes*
*Complainant's signature*

FBI Special Agent KC Hughes
*Printed name and title*

Sworn to before me and:
☐ signed in my presence.
☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: August 9, 2023

*Judge's signature*

City and state: Denver, CO

Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*