| | |
|---|---|
| DEFENDANT: | GABRIEL LEAL |
| YOB/AGE: | 1997/25 |
| COMPLAINT FILED? | _____ Yes      \_\_\_\_x\_\_\_ No |
| | If Yes, MAGISTRATE CASE NUMBER_____ |
| OFFENSE(S): | 18 U.S.C. § 2422(b) (attempted coercion or enticement of a minor) |
| LOCATION OF OFFENSE: | El Paso County, Colorado |
| PENALTY: | NLT 10 years' imprisonment; NMT life imprisonment; NMT 5 years' SR; NMT $250,000 fine; $100 S.A.  For offenses under Chapters 77, 109A, 110, 117 committed on or after May 29, 2015, an additional $5,000 S.A. if the defendant is a non-indigent person. |
| AGENT: | FBI SA KC Hughes |
| AUTHORIZED BY: | Andrea Surratt<br>Assistant U.S. Attorney |

ESTIMATED TIME OF TRIAL:

  x    five days or less \_\_\_\_ over five days

THE GOVERNMENT

X  will seek detention in this case based on 18 U.S.C. § 3142(e)(3)(E)

The statutory presumption of detention is applicable to this defendant.

1