IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No**. 23-mj-139-STV**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL LEAL,

    Defendant.

## ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Upon motion of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ requiring the United States Marshal or any other federal law enforcement officer to produce GABRIEL LEAL, YOB: 1997, Inmate # 427318, now confined in Pueblo County Jail (909 Court St, Pueblo, CO 81003), before a United States Magistrate Judge forthwith to appear for proceedings in the above-referenced and pending case; and to hold said Defendant at all times in custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case, return said Defendant to the institution where he was confined, under safe and secure conduct.

SO ORDERED this __10__ day of August, 2023.

                                                            BY THE COURT:

                                                            *[signature]*

                                                            SCOTT T. VARHOLAK
                                                           UNITED STATES MAGISTRATE JUDGE
                                                           DISTRICT OF COLORADO