IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00139-STV

UNITED STATES OF AMERICA,

       Plaintiff,

v.

 GABRIEL LEAL,

       Defendant.

_____

## NOTICE OF APPEARANCE
_____

       The Office of the Federal Public Defender, through Assistant Federal Public Defender Kristin Whitaker, enters its appearance on behalf of the Defendant, Gabriel Leal.

                                            Respectfully submitted,

                                            VIRGINIA L. GRADY
                                            Federal Public Defender


                                            */s/ Kristin Whitaker*
                                            KRISTIN WHITAKER
                                            Assistant Federal Public Defender
                                            633 17th Street, Suite 1000
                                            Denver, Colorado 80202
                                            Telephone: (303) 294-7002
                                            FAX: (303) 294-1192
                                            Email: Kristin_Whitaker@fd.org
                                            Attorney for Defendant

**CERTIFICATE OF SERVICE**

      I certify that on August 14, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

    Andrea Surratt, Assistant U.S. Attorney
    Email: andrea.surratt@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participant in the manner indicated:

    Gabriel Leal (*held on file*)

                                  */s/ Kristin Whitaker*
                                  KRISTIN WHITAKER
                                  Assistant Federal Public Defender